THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN SCOTT, Appellant. [689 NYS2d 660] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Giaccio, J.), rendered March 11, 1998, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his claim that the testimony of the People's principal witness, an undercover police officer, was so inconsistent as to render the People's proof legally insufficient to support his conviction (*see,* CPL 470.05 [2]; *People v Giersz,* 207 AD2d 843; *People v Udzinski,* 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses

(*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Ritter, J. P., Santucci, Luciano and H. Miller, JJ., concur.